**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1066**

HESMAN TALL,

Plaintiff - Appellant,

v.

MARYLAND DEVELOPMENTAL DISABILITIES ADMINISTRATION; MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:15-cv-03811-ELH)

Submitted: May 25, 2017                                      Decided: May 30, 2017

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hesman Tall, Appellant Pro Se. Rebecca Jean Coleman, William G. Dunlap, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hesman Tall appeals the district court's order dismissing his civil action for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1). "We review a district court's dismissal for lack of subject matter jurisdiction under Rule 12(b)(1) de novo," *Demetres v. E. W. Const., Inc.*, 776 F.3d 271, 272 (4th Cir. 2015), and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tall v. Md. Developmental Disabilities Admin.*, No. 1:15-cv-03811-ELH (D. Md. filed on Dec. 29, 2016 & entered Dec. 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*